# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

## SENTENCING

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.    Case No. 24-20094-01-DDC

**JESUS PONCE-GUERRERO (01),**

    Defendant.

**Attorney for Government: David P. Zabel**
**Attorney for Defendant: Timothy H. Burdick**

| JUDGE: | Daniel D. Crabtree | DATE: | 8/21/2025 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PRETRIAL/PROBATION: | Amanda Hudson |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663    $ _____ on count(s)
    $ _____ on count(s)

☐ **Total Restitution:**    $ _____

☐ Defendant Fined    $ _____ on count(s)
    $ _____ on count(s)

☐ **Total Fine:**    $ _____

☒ Defendant Assessed under 18:3013    $ 100.00 on count 1 of Indictment
    $ _____ on count(s)
    $ _____ on count(s)

☒ **Total Assessment:**    $ 100.00

☒ Complaint to be dismissed by the court on the motion of the United States without objection.
☒ Government ☒ Defendant - Advised of right to appeal
☐ Defendant to voluntarily surrender.
☒ Defendant remanded to custody.
☐ Stay of Execution ☐ Granted ☐ Denied
☒ Notes: Defendant appears in custody with counsel. The defendant is sentenced is to the custody of the Bureau of Prisons for a term of 4 months to be served consecutively to the sentence imposed in the Western District of Missouri Case No. 4:20-00281-01-CR-W-SRB. The court recommends designation to FCI Greenville on the defendant's request.